IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW LEBREC,

    Plaintiff,

v.

MICHAEL DITTMAN, LINDSAY WALKER,
JASON CHATMAN, JOSHUA CRAFT,
CO II KRATZ, DEBRA WILSON,
DUSTIN MEEKER, DR. NORGE, DR. PERSIKE,
DR. SCHWENN, and LT. CARTEGENA,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-774-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

1) denying plaintiff Matthew LeBrec leave to proceed and dismissing his claims against CO II Kratz, Dr. Norge, Dr. Persike, Dr. Schwenn, Lt. Cartegena and Michael Dittman;

2) dismissing plaintiff's state law claims without prejudice, and;

3) granting defendants Jason Chatman, Joshua Craft, Dustin Meeker, Lindsay Walker, and Debra Wilson's motion for summary judgment as to plaintiff's Eighth Amendment claims and dismissing this case.

/s/                                                                   2/27/2018

Peter Oppeneer, Clerk of Court                        Date