United States District Court
Western District of Wisconsin

Matthew LaBrec,
　　　　Plaintiff,

V.　　　　　　　　　　　Case NO. 16-CV-774-jdp

Lindsay Walker, et al.,
　　　　Defendants.

# NOTICE OF APPEAL

Notice is hereby given that Matthew LaBrec, plaintiff in the above-entitled matter, Appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgement entered in this action on February 27th, 2018.

Plaintiff is filing a Motion for Relief from Judgement pursuant to Rule 60(b) Fed. R. Civ. P. before actively pursuing this Appeal.

Executed this 25th day of March, 2018.

_____ - Pro Se Plaintiff
Matthew LaBrec #531236
Columbia Correctional Institution
P.O. Box 900
Portage, WI 53901-0900

PSU LINED PAPER