December 8th 2019

Clerk of Courts
120 N. Henry ST., Room 320
Madison, WI 53703
RE: Payments for several filing fees

Dear Clerk:

    I have been waiting for the Wisconsin Resource Center to refund me for the money they took from me for paying the following filing fees:
16-cv-774-jdp La Brec v. Walker, et al.
17-cv-485-jdp La Brec v. Meeker, et al.
16-cv-774-jdp Appeal No. 18-1682 La Brec v. Walker, et al., 7th Cir.
18-cv-1047-jdp La Brec v. Weber, et al.
19-cv-804-jdp La Brec v. Fern Springs, et al.

    I am owed a refund from them for any money collected since November 7th 2019. They refunded me some for money they hadn't forwarded yet, but I am still owed a sum of over $800.00, due to them sending the money prior to notification that my debt had been paid.

    I would like to be mailed receipts for the payment of my fees since the settlement conference held in 17-cv-485-jdp on 9/6/2019, as well as the Court's record of what WRC overpaid. I believe I owed $14.40 for copies made for me due to my indigence, and I do not know if that was paid, if not please deduct it from the refund that will be sent to me.

    Last, I would like to be sure that the Court is going to send the refund back to me here at WRC, otherwise I will not have a deduction free refund, as I will have to have my Power of Attorney put it back on my account, subjecting it to deductions again, this doesn't happen if it comes directly back to me from the Court. Thank you for your time and help, Happy Holidays.

Sincerely,

*[signature]*

Matthew L. La Brec#531236
WISCONSIN RESOURCE CENTER
P.O. BOX 220
Winnebago, WI 54985-0220

DOC NO
REC'D/FILED
2019 DEC 11 AM 11:19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI