IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW LABREC,

    Plaintiff,

v.     Case No. 16-CV-0774

LINDSAY WALKER, et al.,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to the dismissal of this case, with prejudice. Each party shall be responsible for its own fees and costs.

Dated: August 13, 2020     Dated: August 18, 2020

/s/ Joshua N. Turner     /s/ Catherine R. Malchow
Joshua N. Turner     AAG Rachel Bachhuber
Faegre Drinker Biddle & Reath LLP     AAG Catherine Malchow
Attorney for Plaintiff     Wisconsin Department of Justice
     Attorneys for Defendants